**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| Michael J. Long, | ) | Bankruptcy No. 13-45625 |
| | ) | Chapter 7 |
| Debtor. | ) | |
| | ) | Judge Donald R. Cassling |

**NOTICE OF MOTION**

TO:    See Attached Service List

      **PLEASE TAKE NOTICE** that on **August 8, 2014,** at the hour of **10:30 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Donald R. Cassling or before any other judge sitting in his place and stead in Courtroom 240 of the Kane County Courthouse, 100 South Third, Geneva, Illinois, and shall then and there present the attached **Application of InnovaLaw, P.C. for Final Allowance of Compensation and Reimbursement of Expenses as Counsel for Trustee David E. Grochocinski**, a copy of which is hereby served upon you.

                              Kathleen M. McGuire
                              InnovaLaw, P.C.
                              1900 Ravinia Place
                              Orland Park IL  60462
                              Tel. (708) 675-1975
                              Fax:  (708) 675-1786

**CERTIFICATE OF SERVICE**

      I, Kathleen M. McGuire, an attorney, certify that I caused a copy of the foregoing Notice and Motion to be served on the parties listed on the attached service list by electronic notice through the CM/ECF filing system, or by first class mail by depositing same with the United States Postal Service, Orland Park, Illinois, postage prepaid, prior to 5:00 P.M., this 9th day of July, 2014.

                              /s/ Kathleen M. McGuire

**In re - Long, 13-45625**
**<u>Service List</u>**

<u>Service through the CM/ECF filing system:</u>

Office of the United States Trustee: USTPRegion11.ES.ECF@usdoj.gov
Brenda Porter Helms: Brenda.helms@albanybank.com, bhelms@ecf.epiqsystems.com
David Brown: dbrown@springerbrown.com, jkrafcisin@springerbrown.com


<u>Service by U.S. Mail:</u>

Michael Long
0 S 520 Summit
Winfield, IL  60190


PNC Bank
P.O. Box 94982
Cleveland, OH  44101

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| Michael J. Long, | ) | Bankruptcy No. 13-45625 |
| | ) | Chapter 7 |
| Debtor. | ) | |
| | ) | Judge Donald R. Cassling |

**COVER SHEET FOR APPLICATION FOR FINAL**
**ALLOWANCE OF PROFESSIONAL COMPENSATION**

Name of Applicant:          InnovaLaw, P.C.

Authorized to Provide
Professional Services to:     David E. Grochocinski, as initial trustee for the chapter 7
                              estate of Michael J. Long

Date of Order
Authorizing Employment:      February 28, 2014, effective February 4, 2014

Period for Which
Compensation Is Sought:      February 5, 2014 through June 13, 2014

Amount of Fees Sought:       $1,385.00

Amount of Expense
Reimbursement Sought:        $6.08

This is an          Interim Application ____          Final Application __X__

If this is not the first application filed herein by this professional, disclose all prior fee
applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed (Fees & Expenses) | Fees & Expenses Previously Paid |
|---|---|---|---|---|
| None. | | | | None. |

Date: July 9, 2014                              By: __/s/ Kathleen M. McGuire

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| Michael J. Long, | ) | Bankruptcy No.3-45625 |
| | ) | Chapter 7 |
| Debtor. | ) | |
| | ) | Judge Donald R. Cassling |

**APPLICATION OF INNOVALAW, P.C. FOR FINAL ALLOWANCE OF**
**COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR**
**TRUSTEE DAVID E. GROCHOCINSKI**

Now comes Kathleen M. McGuire and InnovaLaw, P.C. (collectively, the "Applicant"),

counsel for David E. Grochocinski, the initial chapter 7 trustee (the "Initial Trustee") of the

bankruptcy estate (the "Estate") of Debtor Michael J. Long. (the "Debtor"), and pursuant to 11

U.S.C. § 330 and Fed. R. Bankr. P. 2016, submits this First and Final Application for Allowance of

Compensation and Reimbursement of Expenses (the "Application") for professional services

rendered as attorneys to the Initial Trustee.

**Background**

1.      On November 25, 2013, the Debtor commenced this case by filing a voluntary

petition for relief under chapter 7 of the Bankruptcy Code.

2.      On February 28, 2014, the Court entered an order authorizing the retention of

Applicant as attorneys for the Initial Trustee, effective February 4, 2014 (the "Retention Order").  A

copy of the Retention Order is attached hereto as Exhibit A.

3.      On April 16, 2014, the Initial Trustee resigned and Brenda Porter Helms was

appointed successor trustee (the "Successor Trustee").

4.      Before the Initial Trustee's resignation, Applicant expended time and resources in

rendering legal services to the Initial Trustee.

5.      This is Applicant's first and final request for compensation as attorneys for the

Initial Trustee.  Applicant has not previously received any compensation in this case.

**Services Rendered and Amount Requested**

6.      Between February 5,  2014  and June 13, 2014 (the "Application Period"),

Applicant expended 6.4 hours of time in providing the following services to the Interim Trustee.

Applicant requests total compensation of $1,385.00 for its services at its customary billing rates as

follows:

| Attorney or Paralegal | Hours | Total |
|---|---|---|
| David E. Grochocinski (DEG) | 2.0 | $900.00 |
| Kristine Hubert (KH) | 3.9 | $292.50 |
| Kathleen M. McGuire (KMM) | .5 | $192.50 |
| Total: | 6.4 | $1,385.00 |

7.      The legal services provided by Applicant were in the following

category:

(i).  General Administration:  Applicant expended 6.4 hours in connection with the administration of the estate.  Work in this category included the preparation and presentation of a motion to employ professionals, a motion for Rule 2004 examinations and two motions for extension of time to object to discharge. Time charges in this category also include 1.0 hours of work on this fee petition.

| Attorney | Hours | Rate | Total |
|---|---|---|---|
| DEG | 2.0 | $450.00 | $900.00 |
| KH | 3.9 | $75.00 | $292.50 |
| KMM | .5 | $385.00 | $192.50 |
| Total: | 6.4 | | $1,385.00 |

8.      A detailed summary of Applicant's services during the Application Period and

related charges for those services is attached hereto as Exhibit B.

9.      All fees for which allowance is sought were incurred in connection with Applicant's

representation of the Initial Trustee and were reasonable and necessary to effectively assist the

Initial Trustee in the administration of the Debtor's estate.

10.     Expenses.  Attached to this application as Exhibit C is an itemized statement of the

actual and necessary expenses incurred by Applicant during the period February 5, 2014 through

June 13, 2014, and for which reimbursement is sought.  Those expenses, which total $6.08, were

actually and necessarily incurred in order to assist the Initial Trustee in his administration of the

Estate.

11.     Applicant seeks allowance of its fees and expenses as a chapter 7 administrative

expense under 11 U.S.C. § 503(b), payable as funds are available to do so in the discretion of the

Successor Trustee.

## Other Disclosures under Fed. R. Bankr. P. 2016

12.     At all times during Applicant's representation of the Trustee, Applicant was a

disinterested person and neither represented nor held an interest adverse to the estate with respect to

the matters on which Applicant was employed.

13.     No agreement or understanding exists between Applicant and any other entity for

the sharing of compensation received or to be received for services rendered in or in connection

with the case, other than compensation that has been or will be approved by the Court upon the

applications of other professionals employed to represent the Initial Trustee in this case.

## InnovaLaw, P.C. Biographical Information

David E. Grochocinski was appointed to the private panel of bankruptcy trustees for the

Northern District of Illinois in 1984, and he served in that capacity until his resignation in April

2014.  Besides serving as a panel trustee, Mr. Grochocinski had extensive experience in representing other trustees, debtors and creditors in consumer and commercial bankruptcies, and in non–bankruptcy workouts.  Mr. Grochocinski graduated with honors from John Marshall Law School in 1976, and he was admitted to practice in the State of Illinois and the United States District Court for the Northern District of Illinois.  Mr. Grochocinski was also a member of the Northern District of Illinois Trial Bar.

Kathleen M. McGuire graduated with honors from IIT Chicago-Kent College of Law in 1988, and she has practiced exclusively in the fields of bankruptcy and federal civil litigation since that time.   Ms. McGuire is admitted to practice in the State of Illinois and the United State District Courts for the Northern and Central Districts of Illinois, as well as the Trial Bar of the Northern District of Illinois.   Between 1988 and 2004, Ms. McGuire served as a law clerk to a number of judges in the Bankruptcy Court and District Court.   In private practice, she has represented chapter 7 trustees, debtors and creditors in a wide variety of matters in the Bankruptcy Court and in appeals to the District Court.  Before receiving her law degree, Ms. McGuire practiced as a certified public accountant.

Gricel Cardoza and Kristine Hubert are or were paralegals with InnovaLaw, P.C.  Both Ms. Cardoza and Ms. Hubert hold degrees in paralegal studies and have substantial training and experience in bankruptcy matters.

## Conclusion

Kathleen M. McGuire and InnovaLaw, P.C. request that the Court enter an order allowing a

final award of professional compensation in the amount of $1,385.00 and reimbursement of

expenses of $6.08, payable as an administrative expense under 11 U.S.C. § 503(b) as funds are

available to do so in the discretion of the Successor Trustee.

Respectfully submitted,
InnovaLaw, P.C.

By:  /s/  Kathleen M. McGuire
       One of the attorneys for Initial Trustee
       David E. Grochocinski

Kathleen M. McGuire
InnovaLaw, P.C.
1900 Ravinia Place
Orland Park, IL  60462
Tel: (708) 675-1975
Fax: (708) 675-1786