IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter: 7 |
| Michael Long, | ) | |
| | ) | Case No: 13-45625 |
| | ) | |
| Debtor. | ) | Judge: Donald R. Cassling |
| | ) | (Geneva) |

## COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION

Name of Applicant:    Joshua D. Greene

Authorized to Provide
Professional Services to:    **Brenda Porter Helms, Trustee**

Date of Order Authorizing Employment: July 25, 2014

Period for Which
Compensation is Sought: From **July 25, 2014 through February 28, 2015**

Amount of Fees Sought: **$8,021.50**

Amount of Expense
Reimbursement Sought: **$0**

This is an: First Interim Application    Final Application XX

This is not the first application filed herein by this professional, disclose as to all prior fee applications:

| Period | Period Covered | Total Requested Fees and Expenses | Total Allowed | Amt. Withheld |
|---|---|---|---|---|
| n/a | n/a | n/a | n/a | n/a |

The aggregate amount of fees and expenses paid to the Applicant to date for services rendered incurred herein is:    $0

Date : April 3, 2015

/s/ Joshua D. Greene
One of the Attorneys

Joshua D. Greene
**Springer Brown, LLC**
400 South County Farm Rd.
Suite 330
Wheaton, IL 60187
(630) 510-0000

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Chapter: 7 |
| Michael Long, ) | |
| ) | Case No: 13-45625 |
| ) | |
| Debtor. ) | Judge: Donald R. Cassling |
| ) | (Geneva) |

## NOTICE OF APPLICATION FOR COMPENSATION BY COUNSEL TO THE TRUSTEE

TO:    See attached Service List

Please take notice that on April 24, 2015 at 10:30 a.m., I shall appear before the Honorable Judge Donald R. Cassling or any judge sitting instead, in Courtroom No. 240 in the United States Bankruptcy Court, for the Northern District of Illinois, Eastern Division, located in the Kane County Courthouse, 100 South Third St., Geneva, Illinois, and present the attached Application for Compensation, a copy of which is hereby served upon you.

/s/ Joshua D. Greene /s/
One of the Attorneys

Joshua D. Greene
Springer Brown, LLC
400 South County Farm Rd., Suite 330
Wheaton, IL 60187
(630) 510-0000

## CERTIFICATE OF SERVICE

I, the undersigned, an attorney, hereby state that pursuant to the Administrative Procedures for the Case Management/Electronic Case Filing System, I caused a copy of the foregoing NOTICE OF APPLICATION FOR COMPENSATION and APPLICATION FOR COMPENSATION to be served on all persons set forth on the attached Service List identified as Registrants through the Court's Electronic Notice for Registrants and, as to all other persons on the attached Service List by mailing a copy of same in an envelope properly addressed and with postage fully prepaid and by depositing same in the U.S. Mail, Wheaton, Illinois on April 3, 2015.

/s/ Joshua D. Greene /s/

1

## Service List

*Via Electronic Service*

Patrick Layng
Office of the United States Trustee
219 South Dearborn
Room 873
Chicago, IL 60604

David Brown
Springer Brown LLC
400 South County Farm Road
Suite 330
Wheaton, IL 60187

Brenda Porter Helms
The Helms Law Firm, P.C.
3400 West Lawrence
Chicago, IL 60625

*Via United States Mail*

Michael J. Long
0 S 520 Summit
Winfield, IL 60190

PNC Bank
P.O. Box 94982
Cleveland, OH 44101

U.S. Bankruptcy Court
Eastern Division
219 S. Dearborn, 7th Floor
Chicago, IL 60604

Law Offices of Robert G. Black
c/o Ms. Gina B. Krol
105 W. Madison St., Ste. 1100
Chicago, IL 60602

Lora Long
108 Kevin Lane
Oswego, IL 60543

Mirabella Kincaid Frederick et al
1737 S. Naperville Road
Suite 100
Wheaton, IL 60189

PNC Bank
P.O. Box 747066
Pittsburgh, PA 15274

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Chapter: 7 |
| Michael Long, ) | |
| ) | Case No: 13-45625 |
| ) | |
| Debtor. ) | Judge: Donald R. Cassling |
| ) | (Geneva) |

## APPLICATION OF COUNSEL FOR TRUSTEE FOR ALLOWANCE OF COMPENSATIONAND REIMBURSEMENT OF EXPENSES

Joshua D. Greene and the firm of Davis & Greene Law, LLC, (the "Applicant")[1], counsel for the Trustee, pursuant to Sections 330 and 331 of the Bankruptcy code, 11 U. S. C. §101 et seq.(the "Code"), hereby applies to the Court for an order allowing compensation for professional services rendered and reimbursement of expenses incurred during the period of July 25, 2014 through February 28, 2015. In support hereof, the Applicant states as follows:

### INTRODUCTION

1. The Debtor filed a petition for relief under Chapter 7 of the United States Bankruptcy Code (the "Code") on November 25, 2013 under 11 U.S.C. §101 et. seq. Brenda Porter Helms was appointed as successor trustee on April 14, 2014 and continues to serve in that capacity.

2. The Trustee was authorized to employ Joshua D. Greene and the firm of Davis & Greene Law, LLC, as her bankruptcy counsel on July 25, 2014 with any compensation to be approved by the Court upon application of the applicant.

3. The Applicant seeks herein allowance of compensation and reimbursement of expenses of the period of July 25, 2014 to February 28, 2015 (the "Period") and is the first and

---

[1] On March 1, 2015, Joshua D. Greene joined the firm of Springer Brown, LLC. This application represents the first and final application being submitted on behalf of Joshua D. Greene's former firm, Davis & Greene Law, LLC.

3

final application by counsel for the Trustee. Applicant devoted 24.30 hours of legal services during the period at his normal hourly rate of **$305.00** per hour for the time of Joshua Greene. The Applicant requests compensation in the amount of **$8021.50** and $0 reimbursement of ordinary and necessary expenses for the same period incurred in connection therewith.

4. All services for which compensation is requested by Applicant were performed for or on behalf of the Trustee, and not on behalf of any committee, creditor or other person.

## SUMMARY OF SERVICES RENDERED

5. The Applicant represented and advised the Trustee on various matters related to the bankruptcy and administration of assets during the period. Applicant has identified and set forth three (3) categories of legal services. Each category contains a narrative of the matter involved, a general description of the tasks performed, detailed time records in chronological order with Applicant's time described therein, and the results achieved or the benefit to the estate. See In Re Wildman, 72 B.R. 700 (N.D.Ill., 1987); In Re Pettibone, 74 B.R. 293 (N.D. Ill., 1987); In Re Continental Illinois Securities Litigation, 962 F.2d 566 (7th Cir., 1992) The following is a summary of the services rendered in three (3) categories of work as reflected on *Exhibit A* attached hereto..

**(a) Preparation and Enforcement of Turnover Motion. Time expended 10.30 hours. Amount requested $3,141.50.00.**

The Trustee determined that the Debtor held an interest in an account with American Funds pursuant to a judgment for dissolution of marriage entered prior to the Petition Date that had not been listed on the Debtor's Schedule B or exempted on the Debtor's Schedule C. Applicant filed a Motion for Turnover of the amounts being held, which required applicant to expend considerable time negotiating a suitable turnover order with American Funds that complied with American Funds' rules and regulations.

**(b) Objection to Debtor's Claim of Exemptions and Settlement. Time expended 14.00 hours. Amount requested $4,270.00.**

After the Trustee filed the Motion for Turnover of funds being held by American Funds, the Debtor filed an amended Schedule B and Schedule C, listing the interest in the American Funds account and claiming an exemption in the funds. Applicant filed an objection to the Debtor's claim of exemption. Applicant and Debtor, through his counsel, engaged in negotiations and reached a settlement, which was approved by the court.

4

(c) Preparation of Fee Application-Petition for Applicant. Time expended 2.0 hours. Amount requested $610.00.

Applicant devoted 2 hours to the preparation of this application which complies with the guidelines established by this court in In Re Wildman, 72 B.R. 700 (Bankr. N.D.Ill, 1987) and In Re Pettibone, 74 B.R. 293 (Bankr. N.D. Ill., 1987).

## EXPENSES

6. During the Period, the Applicant incurred $0 in expenses necessary to its representation of the Trustee.

## LEGAL STANDARD

7. Section 330 of the Code governs the allowability of fees and expenses for professionals employed in a bankruptcy case. Generally, professionals are entitled to (1) "reasonable compensation for actual, necessary services rendered..." and (2) "reimbursement for actual, necessary expenses." 11 U.S.C. §330.

8. All of the services rendered by Applicant were performed by Joshua D. Greene, whose billing rate throughout this period for such services was $305.00 per hour. Time records for such services are maintained on a contemporaneous basis, and are subsequently reviewed to eliminate apparently unproductive or insufficiently documented time charges. Time is recorded on a tenth-of-an-hour basis.

9. The compensation rates charged by Counsel are comparable to those charged by other practitioners of similar standing, skill and experience in cases of equal complexity.

10. The services rendered by Applicant were necessary services that have benefited this estate by providing funds to distribute to creditors and enabling the Trustee to perform her statutory duties. The expenses incurred by Applicant were necessary expenses that substantially contributed to the recovery of the funds now comprising the estate.

11. Based upon the nature, extent and value of the services performed by Applicant and the cost of comparable services other than in a case under this Title, the reasonable compensation for such services is **$8,021.50.**

12. The Applicant incurred $0 in expenses during the Period. This amount represents actual expenses incurred, which were necessary to the Applicant's representation of the Trustee.

13. At all times while employed as attorney for the Trustee, Counsel was a disinterested person, neither representing nor holding an interest adverse to the interest of this estate with respect to the matters on which Applicant was employed.

Wherefore, the Applicant prays that an allowance be made in the sum of **$8,021.50** as compensation for professional services rendered and that an allowance and authorization for payment be made in the sum of **$0** for reimbursement for actual and necessary costs and expenses incurred in this proceeding and granting such other and further relief as this court deems just and proper in this proceeding.

Respectfully submitted,

/s/ Joshua D. Greene
Attorney for the Trustee

Joshua D. Greene
Springer Brown, LLC
400 South County Farm Rd.
Suite 330
Wheaton, Illinois 60187
(630) 510-0000
jgreene@springerbrown.com

6