IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | NO. 13-45625 |
| | ) | |
| MICHAEL LONG | ) | HON. JANET BAER |
| | ) | BANKRUPTCY JUDGE |

CERTIFICATE OF SERVICE

    The undersigned certifies that she caused a copy of the attached Notice of Trustee's Final Report and Applications for Compensation to be served upon the parties listed on the attached Service List, by depositing a copy of same, postage prepaid, in the U.S. Mail, on this 11th day of September, 2017 at 3400 W. Lawrence Ave., Chicago, Illinois.

    /s/ Brenda Porter Helms

Brenda Porter Helms
#6184302
The Helms Law Firm, P.C.
3400 W. Lawrence Avenue
Chicago IL 60625
(773) 463-6427
(773) 267-9405 (fax)

SERVICE LIST

Gina B. Krol
105 W. Madison St. #1100
Chicago IL 60602

Mirabella Kincaid Frederick et al.
1737 S. Naperville Road  Suite 100
Wheaton IL 60189