# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| | § | |
| MICHAEL J LONG | § | Case No. 13-45625 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BRENDA PORTER HELMS, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 158,904.00 *(Without deducting any secured claims)* | Assets Exempt: 12,070.00 |
| Total Distributions to Claimants:  6,724.45 | Claims Discharged Without Payment:  83,195.79 |
| Total Expenses of Administration:  12,042.25 | |

3) Total gross receipts of $ 18,766.70 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 18,766.70 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 23,142.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 12,042.25 | 12,042.25 | 12,042.25 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 1,000.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 68,201.86 | 65,778.24 | 65,778.24 | 6,724.45 |
| **TOTAL DISBURSEMENTS** | $ 92,343.86 | $ 77,820.49 | $ 77,820.49 | $ 18,766.70 |

4) This case was originally filed under chapter 7 on 11/25/2013 . The case was pending for 49 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/11/2017       By:/s/BRENDA PORTER HELMS, TRUSTEE
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Interest in American Funds account | 1229-000 | 18,766.70 |
| **TOTAL GROSS RECEIPTS** | | **$ 18,766.70** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | PNC Bank PO Box 747066 Pittsburgh, PA 15274-7066 | | 23,142.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 23,142.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| SUCCESSOR TRUSTEE BRENDA HELMS | 2100-000 | NA | 1,313.33 | 1,313.33 | 1,313.33 |
| TRUSTEE DAVID GROCHOCINSKI | 2100-000 | NA | 1,313.34 | 1,313.34 | 1,313.34 |
| SUCCESSOR TRUSTEE BRENDA HELMS | 2200-000 | NA | 3.00 | 3.00 | 3.00 |
| Davis & Greene | 3210-000 | NA | 8,021.50 | 8,021.50 | 8,021.50 |
| INNOVALAW PC | 3210-000 | NA | 1,385.00 | 1,385.00 | 1,385.00 |
| INNOVALAW PC | 3220-000 | NA | 6.08 | 6.08 | 6.08 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 12,042.25 | $ 12,042.25 | $ 12,042.25 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Lora Long;108 Kevin Lane;Oswego, IL 60543 | | 1,000.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 1,000.00 | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Law Offices of Robert G. Black | 7100-000 | 23,379.12 | 21,955.50 | 21,955.50 | 6,724.45 |
| 2 | Mirabella Kincaid Frederick et al. | 7200-000 | 44,822.74 | 43,822.74 | 43,822.74 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 68,201.86 | $ 65,778.24 | $ 65,778.24 | $ 6,724.45 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 13-45625 | JSB | Judge: | Janet S. Baer | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | MICHAEL J LONG | | | | Date Filed (f) or Converted (c): | 11/25/2013 (f) |
| | | | | | 341(a) Meeting Date: | 01/10/2014 |
| For Period Ending: | 12/11/2017 | | | | Claims Bar Date: | 05/12/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Currency and coins | 200.00 | 0.00 | | 0.00 | FA |
| 2. Bridgeview Bank checking account ending in 6301 | 900.00 | 0.00 | | 0.00 | FA |
| 3. Amalgamated Bank checking account ending in 3799 | 300.00 | 0.00 | | 0.00 | FA |
| 4. Ordinary clothing for one | 1,000.00 | 0.00 | | 0.00 | FA |
| 5. Phoenix Life Insurance Company ending in 265. 1000.000 death benefit - daughter is beneficiary | 4,670.00 | 0.00 | | 0.00 | FA |
| 6. Union annuity through Prudential after ex-wife's QDRO | 154,000.00 | 0.00 | | 0.00 | FA |
| 7. Union Pension plan (defined benefit plan) | Unknown | N/A | | 0.00 | FA |
| 8. Debtor is part beneficiary of Robert and Elaine Long Trust  The trust is a revocable, spendthrift trust. Debtor has no immediate right to receive any funds from the trust | 0.00 | 0.00 | | 0.00 | FA |
| 9. 2011 Buick Enclave titled in Debtor name  Vehicle equitably owned by Deborah Postma - she makes all payments, and traded her car in for it. However, she lacked credit so debtor used his credit to buy the car. KBB value is 19,500.00 | 0.00 | 0.00 | | 0.00 | FA |
| 10. 2004 Buick Century (over 100,000 miles)  Trustee determined asset of no value to Estate | 2,704.00 | 2,704.00 | | 0.00 | FA |
| 11. 1992 Toyota Camry (over 220,000 miles)  (daughter's car) car is inoperable and will cost $600 to have it repaired | 0.00 | 0.00 | | 0.00 | FA |
| 12. 1996 Dodge Intrepid  Trustee determined asset of no value to Estate | 1,200.00 | 1,200.00 | | 0.00 | FA |
| 13. 1970 GTO in pieces, inoperable  Trustee determined asset of no value to Estate | 6,000.00 | 1,000.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 13-45625 | JSB | Judge: | Janet S. Baer | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | MICHAEL J LONG | | | | Date Filed (f) or Converted (c): | 11/25/2013 (f) |
| | | | | | 341(a) Meeting Date: | 01/10/2014 |
| For Period Ending: | 12/11/2017 | | | | Claims Bar Date: | 05/12/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 14. Interest in American Funds account (u) | 30,000.00 | Unknown | | 18,766.70 | FA |
| In the name of ex-spouse Lora Castello-Long< No. 66757303 pursuant to QDRO ordered in divorce Trustee settled with Debtor and pursuant to this Court's order dated 2/20/15 [dkt 63] such that Estate will receive 40% of value of account | | | | | |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | | $200,974.00 | $4,904.00 | | $18,766.70 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Prior Trustee notes: Withdrew no asset report. Filed Motion to Extend 727, Motion to Employ Innovalaw, and Motion for Rule 2004 Exam. All hearings set for 2/28/14.
Obtaining turnover of funds from insurance company
Successor Trustee notes 9/30/15: Filed a motion for turnover of proceeds of insurance policy in August 2014. Thereafter, in September 2014, Debtor filed amended exemptions claiming the proceeds exempt. Filed objection to the exemption in October 2014. Trustee and Debtor settled for turnover of the insurance proceeds and objection to exemption per orders in February and March 2015. Trustee is awaiting turnover of the insurance proceeds per order.

9/30/16: Trustee preparing motion to abandon funds.

9/30/17: Fund was liquidated and TFR has been filed. Hearing on compensation scheduled for 10/6/17.

Initial Projected Date of Final Report (TFR): 12/31/2015    Current Projected Date of Final Report (TFR): 12/30/2016

**UST Form 101-7-TDR (10/1/2010)** *(Page: 7)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 13-45625 | Trustee Name: BRENDA PORTER HELMS, TRUSTEE | |
| Case Name: MICHAEL J LONG | Bank Name: Associated Bank | |
| | Account Number/CD#: XXXXXX3862 | |
| | Checking | |
| Taxpayer ID No: XX-XXX1034 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 12/11/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/07/17 | 14 | Matthew Long | Settlement per order 2/20/15 [dkt 63] | 1229-000 | $18,766.70 | | $18,766.70 |
| 09/13/17 | 101 | Joshua Greene | Attorneys fees Per docket #70 dated 4/24/15 | 3210-000 | | $8,021.50 | $10,745.20 |
| 10/23/17 | 102 | The Helms Law Firm P.C. | Successor Trustee compensation | 2100-000 | | $1,313.33 | $9,431.87 |
| 10/23/17 | 103 | The Helms Law Firm P.C. | trustee expenses | 2200-000 | | $3.00 | $9,428.87 |
| 10/23/17 | 104 | David Grochocinski | trustee compensation | 2100-000 | | $1,313.34 | $8,115.53 |
| 10/23/17 | 105 | Innovalaw P.C. | Attorneys fees and expenses | | | $1,391.08 | $6,724.45 |
| | | INNOVALAW PC | ($1,385.00) | 3210-000 | | | |
| | | INNOVALAW PC | ($6.08) | 3220-000 | | | |
| 10/23/17 | 106 | Law Offices of Robert G. Black | Claim #1 unsecured creditor | 7100-000 | | $6,724.45 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $18,766.70 | $18,766.70 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $18,766.70 | $18,766.70 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $18,766.70 | $18,766.70 |

| | | |
|---|---:|---:|
| Page Subtotals: | $18,766.70 | $18,766.70 |

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX3862 - Checking | $18,766.70 | $18,766.70 | $0.00 |
|  | $18,766.70 | $18,766.70 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $18,766.70 |
| Total Gross Receipts: | $18,766.70 |